UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


TOMMIE EVANS

VERSUS

CITY OF BATON ROUGE, THROUGH
MAYOR MELVIN L. "KIP" HOLDEN,
ET AL

CIVIL ACTION

NUMBER 11-711-BAJ-SCR

**ORDER TO AMEND STATUS REPORT**

A scheduling conference was held on January 26, 2012. The order issued following the conference specifically required the status report to include the plaintiff's current Baton Rouge City Court trial date.[1] The Status Report filed thereafter does not contain the required information.

Also, in section B of the Status Report the defendant's explanation of the case appears to be related to an incident other than the one which is alleged in the Complaint.[2]

Therefore;

IT IS ORDERED that, within five days, the parties shall file an amended status report which includes the plaintiff's current

---

[1] Record document number 10, p. 2. Counsel for the plaintiff also represents him in the criminal proceeding, so this information should be readily available to her.

[2] The date of the incident alleged in the Complaint is October 21, 2010 whereas the date of the incident described by the defendants in the Status Report is September 22, 2010. And neither of the defendants identified in the Status Report are named as defendants in the Complaint.

Baton Rouge City Court trial date and provides the defendants' explanation of the correct case, i.e. this case.

Failure to comply with this order may result in imposition of sanctions pursuant to Rule 16(f), Fed.R.Civ.P.

Baton Rouge, Louisiana, February 6, 2012.

STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE